JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 19-2157 JGB (SPx) | Date | June 24, 2020 |
|---|---|---|---|
| Title | *Francis Pargett v. Wal-Mart Stores, Inc.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order DISMISSING This Action for Lack of Prosecution (IN CHAMBERS)

    On April 10, 2020 the Court dismissed Plaintiff Francis Pargett's ("Plaintiff") first amended complaint in this matter. ("MTD Order," Dkt. No. 22.) In the MTD Order, the Court instructed Plaintiff that he had until April 13, 2020 to amend his complaint. (Id.) That date has come and gone, and Plaintiff has not filed an amended complaint. Accordingly, the Court DISMISSES this action. The Clerk is directed to close the case.

**IT IS SO ORDERED.**